# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MCS INDUSTRIES, INC.** | : CIVIL ACTION |
| | : |
| v. | : NO. 21-2563 |
| | : |
| **MICHAEL'S STORES, INC., ET AL.** | : |

## ORDER

**AND NOW,** this 11th day of August, 2022, it is **ORDERED** that:

1. All fact discovery shall be completed by December 9, 2022.
2. Any dispositive motions shall be filed by January 9, 2023.
3. A telephonic status conference shall be held on **Tuesday, October 11, 2022, at 11:30 a.m.** The dial-in number is 888-204-5984 and the access code is 3221457.

                      **BY THE COURT:**

                      */s/ Jeffrey L. Schmehl*
                      **JEFFREY L. SCHMEHL, J.**