## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MCS INDUSTRIES, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-2563** |
| | : | |
| **MICHAEL'S STORES, INC., ET AL.** | : | |

### ORDER

**AND NOW,** this 19th day of August, 2022, it is **ORDERED** that the Plaintiff's motion for contempt and sanctions [Doc. 32] is **DENIED** as moot as advised by counsel.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.