**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MCS INDUSTRIES, INC.** | : CIVIL ACTION |
| | : |
| **v.** | : NO.  21-2563 |
| | : |
| **MICHAEL'S STORES, INC., ET AL.** | : |

## ORDER

**AND NOW,** this  12th   day of October, 2022, it is **ORDERED** that a telephonic status conference shall be held on Monday, December 12, 2022, at 2:30 p.m. The dial-in number is 888-204-5984 and the access code is 3221457.


**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**