# EXHIBIT A – GENERAL CONFIDENTIALITY AGREEMENT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MCS INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAELS STORES, INC., THE MICHAELS COMPANIES, INC., MICHAELS STORES PROCUREMENT COMPANY, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> No. 5:21-CV-02563-JLS |

## CONFIDENTIALITY AGREEMENT AND UNDERTAKING FOR RECEIVING CONFIDENTIAL, ATTORNEY EYES ONLY INFORMATION

I, _____, state the following:

1. I reside at

2. My present employer is

3. My present occupation or job description is

4. I have read and understand the Protective Order ("Order") in the above-captioned action (whose definitions are incorporated herein) and I attest to my understanding that access to

information designated as "CONFIDENTIAL," "ATTORNEY EYES ONLY," or "AEO" may be provided to me and that such access shall be governed by the terms and conditions and restrictions of the Order.  I agree to be bound by the terms of the Order and hereby subject myself to the jurisdiction of the Court for all purposes related to the Order.

5. I shall not use or disclose any Confidential Information or Attorney Eyes Only Information to others, except in accordance with the Order.  I also understand that, in the event that I fail to abide by the terms of this Confidentiality Agreement or the Order, I may be subject to sanctions by way of contempt of court and to separate legal and equitable recourse by the adversely affected Producing Party.

Printed Name:

Dated: