# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MCS INDUSTRIES, INC.**<br>2280 Newlins Mill Road<br>Easton, Pennsylvania 18045 | :   **CIVIL ACTION**<br>:<br>:   Case No.  5:21-cv-02563 |
| *Plaintiff* | : |
| v. | : |
| **MICHAELS STORES, INC.**<br>8000 Bent Branch Drive<br>Irving, TX 75063 | : |
| and | : |
| **THE MICHAELS COMPANIES, INC.**<br>251 Little Falls Drive<br>Wilmington, DE 19808 | : |
| and | : |
| **MICHAELS STORES PROCUREMENT COMPANY, INC.**<br>251 Little Falls Drive<br>Wilmington, DE 19808 | : |
| *Defendants* | : |

## ORDER

**AND NOW,** on this 7th day of December, 2022, upon consideration of the Joint Motion for Filing Extensions, it is hereby **ORDERED** that said Motion is **GRANTED** and the scheduling order for this action is hereby amended to reflect the following:

a. fact discovery shall close on 2/6/2023; and

b. the parties file a joint status report by 2/8/2023 indicating the status of fact discovery, the status of settlement discussions and whether the parties request a referral to the magistrate judge for settlement purposes, whether the parties require

expert discovery prior to dispositive motion practice, and proposed schedules for

expert discovery and summary judgment briefing, where applicable.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
_____
                                **J.**